No. 93–2012.  CARR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–2015.  DEMPSEY ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–2016.  ITHACA INDUSTRIES, INC. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 4th Cir.  Certiorari denied.

No. 93–2017.  CHRISTIANO v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.

No. 93–2019.  MORSE v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–2020.  PERKINS v. WESTERN SURETY CO.  C. A. 5th Cir.  Certiorari denied.

No. 93–2022.  SUNDSTRAND CORP. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 93–2023.  WOODWARD v. LORTON ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–2024.  FREEDOM REPUBLICANS, INC., ET AL. v. FEDERAL ELECTION COMMISSION.  C. A. D. C. Cir.  Certiorari denied.

No. 93–2025.  SPALETTA v. COUNTY OF MENDOCINO EMPLOYEES RETIREMENT ASSN. ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 93–2026.  LEWIS v. NEW YORK CITY HEALTH & HOSPITALS CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–2027.  LINN ET UX. v. PITTS ET UX.  Ct. App. Ore.  Certiorari denied.

No. 93–2028.  STUART v. CITY OF RANCHO PALOS VERDES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.